

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-11-00392-CV

PASQUINELLI PORTRAIT HOMES-
DURANGO RIDGE LP, PORTRAIT
HOMES-TEXAS, L.L.C. AND
PASQUINELLI, GP, AND
BROCKETTE/DAVIS/DRAKE, INC.

          APPELLANTS

V.

SECURLOCK AT BEDFORD, LTD.

          APPELLEE


SECURLOCK AT BEDFORD, LTD.

          APPELLANT

V.

PASQUINELLI PORTRAIT HOMES-
DURANGO RIDGE LP, PORTRAIT
HOMES-TEXAS, L.L.C. AND
PASQUINELLI, GP

          APPELLEES


## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that granted directed verdicts on Securlock's claims for breach of contract and gross negligence. We reverse the remaining portion of the trial court's judgment in favor of Securlock and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that the parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By_____
Justice Lee Gabriel